

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-18-00368-CV

**IN THE INTEREST OF B.J.B., ET. AL, CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-311-CCL
Honorable Michael P. Peden, Judge Presiding

# O R D E R

The clerk's record was filed on July 3, 2018. On July 16, 2018, the court reporter filed a Notification of Late Record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. Thereafter, on July 19, 2018, we ordered appellant to provide written proof that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. To date, appellant has failed to respond to our order.

Accordingly, we will determine the appeal without the benefit of the reporter's record. *See* TEX. R. APP. P. 37.3(c) (when reporter's record is not filed, appellate court may consider and decide those issues or points that do not require a reporter's record for a decision). **We order appellant to file the appellant's brief in this court on or before 30 days from the date of this order.** If appellant's brief is not timely filed, the appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant's motion for extension of time to file record filed on July 3, 2018 is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court